UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOSEPH D. MATEER,                                            :
                                         Plaintiff,          :
                                                             :          22 Civ. 740 (LGS)
                       -against-                             :
                                                             :               ORDER
PELOTON INTERACTIVE, INC.,                                   :
                                        Defendant.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Plaintiff asserts collective action claims in this action under the Fair Labor

Standards Act and New York Labor Law pursuant to Federal Rule of Civil Procedure 23.

        WHEREAS, Defendant anticipates opposing any motion for conditional certification

(Dkt. No. 27).

        WHEREAS, in the parties' proposed civil case management plan and scheduling order,

Plaintiff stated that he intends to file a motion for conditional certification early in the litigation,

and Defendant proposed that such motion be filed before July 1, 2022.  It is hereby

        **ORDERED** that when Plaintiff is ready to proceed with a motion for conditional

certification, he shall file a pre-motion letter pursuant to the Court's Individual Rules.  The pre-

motion letter should be filed with sufficient time before the end of fact discovery on August 11,

2022, to permit any discovery regarding opt-in plaintiffs in the event the motion is granted.

Dated: April 14, 2022
        New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE