```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH D. MATEER,                                           :
                                    Plaintiff,              :
                                                            :       22 Civ. 740 (LGS)
              -against-                                     :
                                                            :              ORDER
PELOTON INTERACTIVE, INC.,                                  :
                                    Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held in this action on May 25, 2022. For the reasons discussed at the conference, it is hereby

**ORDERED** that by **May 31, 2022**, Defendant shall file a letter stating whether it will stipulate to conditional certification of a FLSA collective, reserving all of its rights to object to any final certification under the more rigorous standard that applies at that stage. In the event the Defendant will not stipulate to conditional certification, Defendant shall include a joint proposed briefing schedule in the letter.

Dated: May 26, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**