UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH D. MATEER, et al.,
                     Plaintiffs,

-against-                           22 Civ. 740 (LGS)

                                            ORDER
PELOTON INTERACTIVE, INC.,
                     Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 22, 2022, the parties filed letters explaining whether discovery is needed to resolve Defendant's motion to dismiss Plaintiff Johnson's claims on the ground of improper venue.  It is hereby

      **ORDERED** that Defendant's motion to dismiss Plaintiff Johnson's claims shall be briefed according to the following schedule:

- By **July 15, 2022**, Defendant shall file its motion to dismiss, not to exceed twenty-five (25) pages.

- By **August 5, 2022**, Plaintiffs shall file their opposition, not to exceed twenty-five (25) pages.

- By **August 15, 2022**, Defendant shall file any reply, not to exceed ten (10) pages.

It is further

      **ORDERED** that discovery shall continue in accordance with the Case Management Plan and Scheduling Order dated April 6, 2022, and by **June 28, 2022**, Defendant shall provide a response to Plaintiffs' requests for production of documents seeking all of Defendant's agreements with Plaintiff Johnson and shall produce any such documents.

Dated: June 24, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE