**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Harris M. Mufson
Direct: +1 212.351.3805
Fax: +1 212.817.9505
HMufson@gibsondunn.com

September 15, 2022

MEMORANDUM ENDORSED

VIA ECF

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Mateer et al. v. Peloton Interactive, Inc.* Case 1:22-cv-00740-LGS-GWG

Dear Judge Gorenstein:

Enclosed is an errata sheet listing the corrections to the transcript of the parties' August 17, 2022 hearing (Dkt. 100). Counsel for the parties have agreed on the changes set forth in the errata sheet and respectfully request that the Court order the court reporter to make the revisions to the transcript.

Respectfully submitted,

/s/ Harris M. Mufson
Harris M. Mufson

cc:   All Counsel of Record (*via ECF*)

The Court does not deem it appropriate to correct errors made by the speakers at the conference, which are designated as "Mischaracterizes the record" in the "errata" sheets, inasmuch as the transcript accurately represents what those speakers said at the conference in these instances. (The Court notes, however, that the errors on page 5 line 18 and page 17 line 19 could be designated as transcription errors).

The parties are free to make a new application that contains a listing only of transcription errors and to seek correction of those errors. Such an application is unnecessary, however, as the Court accepts the parties' corrections and the parties are hereby authorized to quote from the transcript in the manner as corrected in this letter (using brackets) rather than quoting the original version.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

September 16, 2022

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

*Mateer v. Peloton Interactive, Inc.*, Docket No. 1:22-cv-00740-LGS-GWG

August 17, 2022 Remote Discovery Conference
Errata List

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 4 | 4 | plaintiff's → plaintiffs' | Mischaracterizes the record |
| 4 | 10 | defendants → defendant | Mischaracterizes the record |
| 4 | 15 | James → Jaynes | Transcription error |
| 5 | 3 | plaintiff's → plaintiffs' | Mischaracterizes the record |
| 5 | 4 | defendants understand → defendant understands | Mischaracterizes the record |
| 5 | 18 | plaintiff's → plaintiffs' | Mischaracterizes the record |
| 6 | 11 | *Sharwin* → *Charlot* | Transcription error |
| 6 | 11 | *Henney* → *Henig* | Transcription error |
| 8 | 20 | plaintiff has → plaintiffs have | Mischaracterizes the record |
| 9 | 5 | not → no | Transcription error |
| 10 | 15 | plaintiff has → plaintiffs have | Mischaracterizes the record |
| 10 | 23 | *City* → *Sydney* | Transcription error |
| 13 | 7 | plaintiff seeks → plaintiffs seek | Mischaracterizes the record |
| 13 | 13 | plaintiff → plaintiffs | Mischaracterizes the record |
| 13 | 15 | plaintiff is → plaintiffs are | Mischaracterizes the record |
| 13 | 25 | plaintiff → plaintiffs | Mischaracterizes the record |
| 14 | 3 | plaintiff → plaintiffs | Mischaracterizes the record |
| 14 | 5 | defendants are → defendant is | Mischaracterizes the record |
| 14 | 25 | defendants are → defendant is | Mischaracterizes the record |
| 15 | 13 | defendants want → defendant wants | Mischaracterizes the record |
| 17 | 9 | defendants → defendant | Mischaracterizes the record |
| 17 | 19 | plaintiff's → plaintiffs' | Mischaracterizes the record |
| 18 | 14 | marking → marching | Transcription error |
| 18 | 24 | day → data | Transcription error |
| 20 | 16 | defraud → decide (x2) | Transcription error |
| 20 | 20 | plaintiff's → defendant's | Mischaracterizes the record |
| 21 | 7 | that with → than with | Transcription error |
| 21 | 13 | plaintiff has intensified → plaintiffs are incentivized | Transcription error |
| 21 | 13 | a reasonable → as reasonable | Transcription error |
| 21 | 14 | as defendant → as is defendant | Omitted word |
| 22 | 6 | plaintiff → plaintiffs | Mischaracterizes the record |
| 22 | 7 | plaintiff → plaintiffs | Mischaracterizes the record |
| 22 | 10 | plaintiff → plaintiffs | Mischaracterizes the record |
| 22 | 13-21 | THE COURT: No, actually, I don't care.  The order doesn't matter.  So just to . . . . Peloton → THE COURT: No, actually, I don't care. The order doesn't matter. | Transcription error |

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 23 | 7 | MR. MUFSON: So just to . . . . Peloton no understand exemption → I understand exemption | Transcription error |
| 23 | 12 | as → a | Transcription error |
| 23 | 14 | organization. Then → organization, then | Transcription error |
| 23 | 17 | individual's → individuals' | Transcription error |
| 23 | 22 | satisfy → satisfied | Transcription error |
| 23 | 24 | plaintiff → plaintiffs | Mischaracterizes the record |
| 24 | 22 | ta → a | Transcription error |
| 24 | 23 | classified → class-wide | Transcription error |
| 26 | 5 | plaintiff → plaintiffs | Mischaracterizes the record |
| 28 | 3 | plaintiff → plaintiffs | Mischaracterizes the record |
| 28 | 4-5 | defendants offer → defendant offers | Mischaracterizes the record |
| 29 | 14 | and → an | Transcription error |
| 30 | 4 | about as → about a | Transcription error |
| 30 | 18 | *Sungeon* → *Sungjin* | Transcription error |
| 30 | 19 | defendants → defendant | Mischaracterizes the record |
| 32 | 20 | extension → objection | Transcription error |