UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH D. MATEER, et al.,
                    Plaintiffs,
         -against-                          22 Civ. 740 (LGS)

PELOTON INTERACTIVE, INC.,           ORDER
                    Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a Civil Case Management Plan and Scheduling Order adopted on April 6, 2022, scheduled a conference for October 12, 2022 at 4:30 p.m. to discuss any dispositive motions the parties planned to file following the close of discovery.

       WHEREAS, an Order of Reference issued on August 5, 2022, referred this case to the Hon. Gabriel W. Gorenstein for all purposes except trial. It is hereby

       **ORDERED** that the October 12, 2022, conference is **ADJOURNED** sine die.

Dated: October 5, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE