# Cohen Rosenthal & Kramer LLP

3208 Clinton Avenue
Cleveland, Ohio 44113
Telephone: (216) 815-9500

April 3, 2023

MEMORANDUM ENDORSED

**VIA ECF**
The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Mateer, et al. v. Peloton Interactive, Inc*. No. 1:22-cv-00740-LGS-GWG

Dear Judge Gorenstein:

Together with my Co-Counsel, J.R. Howell, Esq., we represent Plaintiffs Mateer, Johnson, and Branchcomb in this matter. We write jointly with counsel for Defendant, Peloton Interactive, Inc., to update the Court on the parties' settlement efforts. The parties have exchanged edits to the Class Settlement Agreement and Release, and the Joint Motion for Preliminary Approval and Memorandum of Law in Support of The Joint Motion for Approval have been drafted. The parties must complete the settlement agreement and release editing process before they can finalize the pleadings. The parties anticipate completing this process and filing the Joint Motion and its supporting documentation within 14 days, and respectfully request that the Court permit the parties this additional time to finalize the papers.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Jason R. Bristol
Jason R. Bristol

cc: All Counsel of Record (VIA EMAIL)

Application denied as moot. There is no deadline in effect for the filing of the documents mentioned in this letter.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 3, 2023