UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH D. MATEER et al.,                                    :

           Plaintiffs,           :       ORDER

        -v.-                                            :
                                                        22 Civ. 740 (LGS) (GWG)
PELOTON INTERACTIVE, INC.,                                  :

           Defendant.            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The parties shall file their application to approve the settlement by July 7, 2023. The application shall be made to Judge Schofield and shall comply with her individual practices.

      SO ORDERED.

Dated: June 20, 2023
       New York, New York

                                                            _____
                                                           GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge