UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH D. MATEER, et al.,
                Plaintiffs,

      -against-                      22 Civ. 740 (LGS)

PELOTON INTERACTIVE, INC.,             ORDER
                Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 7, 2023, Plaintiff moved for preliminary approval of a class action settlement. It is hereby

      **ORDERED** that a conference will be held on **August 22, 2023, at 2:30 P.M.** regarding preliminary approval of the class settlement. The conference will be in person and will take place at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York NY 10007, in Courtroom 1106.

Dated: August 1, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE