UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH D. MATEER, CHRISTOPHER BRANCHCOMB, and KATHARINE JOHNSON, *On behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.<br><br>Defendant. | CASE NO. 1:22-cv-00740-LGS-GWG |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND CLASS SETTLEMENT AGREEMENT AND RELEASE

AND NOW, on this ___ day of _____, 2023, upon careful consideration of the parties' joint motion to amend the Class Settlement Agreement and Release (the "Agreement"), fully executed on July 7, 2023 (Dkt. 156-2, Ex. A), it is hereby ordered that the motion is GRANTED, whereby the Court approves the amendments to the Agreement (Exhibit A) and the as-mailed Notices (Exhibit B).

Dated:

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**