UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH D. MATEER, CHRISTOPHER BRANCHCOMB, and KATHARINE JOHNSON, *On behalf of themselves and all others similarly situated,*<br><br>    Plaintiffs,<br><br>vs.<br><br>PELOTON INTERACTIVE, INC.<br><br>    Defendant. | CASE NO. 1:22-cv-00740<br><br>JUDGE LORNA G. SCHOFIELD<br><br>MAGISTRATE JUDGE GABRIEL W. GORENSTEIN |

**NOTICE OF UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of this Unopposed Motion for Final Approval of Settlement Agreement, the Declaration J.R. Howell, Esq. ("Howell Declaration") and supporting exhibits, Plaintiffs respectfully request that the Court enter an Order:

1. Granting final approval of the Settlement Agreement (as amended by the parties), attached as exhibit 1 to the Howell Declaration;

2. Granting final certification of the Fair Labor Standards Act ("FLSA") collectives and certification of the New York State Settlement Class, Pennsylvania State Settlement Class, and New York Initial Hire Notice and Wage Statement Settlement Class pursuant to Rule 23 of the Federal Rules of Civil Procedure for purposes of effectuating the settlement.

A Proposed Order is filed contemporaneously herewith for the Court's convenience.

1

Dated: December 14, 2023

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jason R. Bristol* | /s/ *J.R. Howell* |
| Jason R. Bristol (OH #0072989) (*pro hac vice*) | J.R. Howell (CA #268086) (*pro hac vice*) |
| jbristol@crklaw.com | jrhowell@jrhlegalstrategies.com |
| James B. Rosenthal (OH #0062872) (*pro hac vice*) | LAW OFFICE OF J.R. HOWELL |
| jbr@crklaw.com | 1223 Wilshire Boulevard |
| COHEN ROSENTHAL & KRAMER LLP | P.O. Box 543 |
| 3208 Clinton Avenue | Santa Monica, CA 90403 |
| Cleveland, Ohio 44113 | Phone: (202) 650-8867 |
| (216) 815-9500 (Tel.) | |

*Attorneys for Plaintiffs, the FLSA Collective, and Proposed Classes*

## CERTIFICATE OF SERVICE

On this 14th day of December 2023, a copy of the foregoing *Notice of Unopposed Motion for Final Approval of Class Action Settlement Agreement* was served by ECF electronic filing on all known parties.

/s/ *J.R. Howell*
J.R. Howell (CA #268086)
Admitted *pro hac vice*