UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH D. MATEER, CHRISTOMPHER BRANCHCOMB, and KATHARINE JOHNSON, *On behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.<br><br>Defendant. | CASE NO. 1:22-cv-00740-LGS-GWG |

### ~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO AMEND CLASS SETTLEMENT AGREEMENT AND RELEASE

AND NOW, on this 15th day of December, 2023, upon careful consideration of the parties' joint motion to amend the Class Settlement Agreement and Release (the "Agreement"), fully executed on July 7, 2023 (Dkt. 156-2, Ex. A), it is hereby ordered that the motion is GRANTED, whereby the Court approves the amendments to the Agreement (Exhibit A) and the as-mailed Notices (Exhibit B).

Dated: December 15, 2023

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1