UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH D. MATEER, CHRISTOPHER BRANHCOMB, and KATHERINE JOHNSON, *On behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>Defendant. | CASE NO. 1:22-CV-00740-LGS-GWG |

~~[PROPOSED]~~ ORDER APPROVING CY PRES DISTRIBUTION TO NEW YORK CITY LEGAL AID SOCIETY PURSUANT TO COURT APPROVED CLASS SETTLEMENT AGREEMENT AND RELEASE

AND NOW, on this 7 day of October, 2024, upon careful consideration of the Plaintiffs' Letter Motion, and the attached Declaration of the Settlement Administrator, it is hereby ordered that the motion is GRANTED, and the Court approves a distribution of cy pres funds in the amount $152,190.53 to the New York City Legal Aid Society.  Plaintiffs shall file a Notice of Dismissal of this action with prejudice following the Settlement Administrator's distribution to the New York City Legal Aid Society pursuant to the Parties' Class Settlement Agreement and Release. **by October 29, 2024.**

 **So Ordered.**

Dated: October 7, 2024

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**